# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| JUDGE: IRMA CARRILLO RAMIREZ | |
| DEPUTY CLERK Marie Castañeda | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: Zarate |
| INTERPRETER: | COURT TIME: 2:22 – 2:26 |
| A.M.           P.M. 2:00 | DATE: November 12, 2019 |

☑ MAG. NO.        ☐ DIST. CR. NO. 3:19-mj-01015-BT        USDJ Magistrate Judge Rebecca Rutherford

UNITED STATES OF AMERICA §
§   Carey Tromblay_____, AUSA
v. §
§   _____ ☐
§
§   Doug Morris  ✓ (F) ☐
DAVID CADENA (1) §   COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☐ PRELIMINARY HEARING
☐ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____  ☐ OTHER DISTRICT  ☐ DIVISION
☑ DATE OF FEDERAL ARREST/CUSTODY: 11/12/2019  ☐ SURRENDER _____
☐ RULE 5/32  ☐ APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☑ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT  ☐ MW (MATERIAL WITNESS) _____ APPEARED  ☐ WITH  ☐ WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☑ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET  ☐ DETENTION HEARING SET _____

☐ PRELIMINARY HEARING SET _____   ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND  ☐ SET  ☐ REDUCED TO $ _____   ☐ CASH  ☐ SURETY  ☐ 10%  ☐ PR  ☐ UNS  ☐ 3RD PTY  ☐ MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☑ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED  ☐ DEFT  ☐ MW RELEASED  ☐ STATE AUTHORITIES  ☐ INS
☑ DEFT  ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☑ WAIVER OF  ☑ PRELIMINARY HEARING  ☐ RULE 5/32 HEARING  ☐ DETENTION HEARING
☑ COURT FINDS PROBABLE CAUSE  ☐ ID  ☑ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ REMARKS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 1 2 2019
CLERK, U.S. DISTRICT COURT
By _____ Deputy