# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Case No. 3:19-mj-01015-BT |
| | § | |
| DAVID CADENA (1) | § | |

## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 11.12.19



_Defendant's Signature_

_Signature of defendant's attorney_

_Printed name and bar number of defendant's attorney_

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED
      NOV 1 2 2019
CLERK, U.S. DISTRICT COURT
By_____
        Deputy
```