# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § Case No. 3:19-mj-01015-BT |
| DAVID CADENA (1) | § § |

## WAIVER OF DETENTION HEARING

I understand that I have been charged with an offense in a criminal complaint or an indictment filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a detention hearing.

I agree to waive my right to a detention hearing

\_\_\_\_\_ without reservation.

__X__ but reserve my right to ask for a hearing if I am released from state custody while this case is pending.

\_\_\_\_\_ but reserve my right to ask for a hearing if I am able to obtain a bond from ICE while this case is pending.

DATED this __12th__ day of __NOVEMBER__, __2019__.

D. C.
Signature of Defendant

Attorney for Defendant

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 1 2 2019
CLERK, U.S. DISTRICT COURT
By _____ Deputy